```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Chukar Run, LLC, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-01885-JAM-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF CHUKAR RUN, LLC; WARN FONG SAECHAO**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants Chukar Run, LLC; Warn Fong Saechao, are hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Date: 9/27/2011

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01885-JAM-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com