1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:11-cv-01885-JAM-EFB**
13  Scott N. Johnson               )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff,             )
                                    )
15      vs.                        )
                                    )
16  Chukar Run, LLC, et al,        )
                                    )
17          Defendants             )
                                    )
18                                  )
                                    )
19  _____)

20

21      IT  IS  HEREBY  ORDERED  THAT  this  action  is  hereby

22  dismissed With Prejudice pursuant to Rule 41(a)(1) of the

23  Federal Rules of Civil Procedure.

24

25  Date: November 15, 2011

26                              /s/ John A. Mendez_____
                                U. S. District Court Judge
27

28

                   PROPOSED ORDER RE REQUEST FOR DISMISSAL

                      CIV: S-11-cv-01885-JAM-EFB- 1

PDF created with pdfFactory trial version www.pdffactory.com